## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| SINAN O., | Case No. 26-cv-386 (LMP/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and JOEL BROTT, *Sheriff of Sherburne County*, | |
| Respondents. | |

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the Petition for a Writ of Habeas Corpus (ECF No. 1) on or before Thursday, January 22, 2026, certifying the true cause and proper duration of Sinan O.'s confinement and showing cause why the writ should not issue in this case.

2. Respondents' answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Sinan O.'s detention in light of the issues raised in his Petition;

      b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Sinan O.'s claims; and

      c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Sinan O. intends to file a reply to Respondents' answer, he must do so on or before Tuesday, January 27, 2026.[1]

4.    No further submissions from either party will be permitted except as authorized by Court order.

5.    Respondents are **ENJOINED** from moving Sinan O. outside of the District of Minnesota during the pendency of these proceedings, so that Sinan O. may consult with his counsel and participate in this litigation while the Court is considering his Petition. If Petitioner was removed from Minnesota, Respondents are **ORDERED** to immediately return Sinan O. to Minnesota.

Dated: January 16, 2026  
Time: 7:50 p.m.

          *s/Laura M. Provinzino*  
          Laura M. Provinzino  
          United States District Judge

---

[1] The Court reserves the right to grant Sinan O.'s petition before Sinan O. files his reply brief if Respondents' response plainly demonstrates that Sinan O. is entitled to relief.